UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ji Hyang Kang, | No. C 09-4176 JL |
| Plaintiff, | **DISMISSAL WITH PREJUDICE** |
| v. | |
| Countrywide Financial Corporation, et al., | |
| Defendants. | |
| _____/ | |

On December 2, 2009, this Court granted Defendants' motion to dismiss Plaintiff's Complaint, and granted Plaintiff leave to amend her Complaint within thirty days of the Court's Order. Accordingly, Plaintiff's amended Complaint was due to be filed on January 3, 2010. Plaintiff failed to file an Amended Complaint, or to request an extension of time to file, or to communicate with the Court. Accordingly, the Complaint is dismissed with prejudice, under Rule 41(b), Federal Rules of Civil Procedure, for failure to prosecute. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: January 28, 2010

_____
James Larson
United States Magistrate Judge

G:\JLALL\CASES\CIVIL\09-4176\Dismissal with Prejudice.wpd